## Mary C. Underwood v. John Steel and others.

*Deed : Mistake. Cummings v. Freer, supra, p. 128,* affirmed.

*Heard January 8.    Decided January 14.*

Appeal in Chancery from Berrien Circuit.

This was a bill to correct mistakes in certain deeds.

The controversy was mainly upon questions of fact, and the only legal propositions involved were held to have been settled by former decisions of this court.—*Cummings v. Freer, supra, p. 128,* was referred to and approved.

The decree of the court below was affirmed, with costs.

*H. H. Coolidge & Son,* for complainant.

*C. B. Potter* and *H. F. Severens,* for defendants.